# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ODESSA F. VINCENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 11-2018 (RJL) |
| | ) | |
| TIMOTHY F. GEITHNER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 31st day of August, 2012, hereby

**ORDERED** that the defendants' Motions to Dismiss [Dkts. #7, #9] are

**GRANTED**.

**ORDERED** that plaintiff's Complaint [#1] is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD L. LEON
United States District Judge